IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LUCIANI<br>　　　　Plaintiff<br>v.<br>CITY OF PHILADELPHIA<br>　　　and<br>CHARLESRETTA MEADE<br>　　　and<br>ENRICO FOGLIA<br>　　　　Defendants | CIVIL ACTION NO.<br><br>10-02918<br><br>JURY TRIAL DEMANDED |

## STATEMENT NOTING DEATH OF PARTY

Pursuant to Fed.R.Civ.P. 25(a), Plaintiff James Luciani, who is a party to this action, notes the death during the pendency of this action of Defendant Enrico Foglia.

　　　　　　　　　　　　　　　　　　s/ Robert A. Davitch
　　　　　　　　　　　　　　　　　　Robert A. Davitch, Esquire
　　　　　　　　　　　　　　　　　　SIDKOFF PINCUS & GREEN, P.C.
　　　　　　　　　　　　　　　　　　2700 Aramark Tower
　　　　　　　　　　　　　　　　　　1101 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　215-574-0600
　　　　　　　　　　　　　　　　　　215-574-0310 (fax)
　　　　　　　　　　　　　　　　　　rad@sidkoffpincusgreen.com

Dated: May 20, 2011

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LUCIANI : | CIVIL ACTION NO. |
|         **Plaintiff** : | |
| v. : | 10-02918 |
| : | |
| CITY OF PHILADELPHIA : | JURY TRIAL DEMANDED |
|     and : | |
| CHARLESRETTA MEADE : | |
|     and : | |
| ENRICO FOGLIA : | |
|         **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Robert A. Davitch, Esquire, hereby certify that *Statement Noting Death of Party* was filed via ECF, and is available for viewing and downloading on the Court's ECF system. In addition, a hard copy of this document is being served by U.S. first class mail, postage pre-paid, upon the following:

Diane A. Loebell, Esquire
City of Philadelphia Law Department
One Parkway Building
1515 Arch Street, 16th Floor
Philadelphia, PA  19102-1595

                       s/ Robert A. Davitch
                       Robert A. Davitch, Esquire

DATED: May 20, 2011