IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LUCIANI | : | CIVIL ACTION |
| | : | NO. 10-2918 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |

**ORDER**

AND NOW, this 23rd day of July, 2012, upon consideration of plaintiff's motion to amend his complaint, defendants' opposition and plaintiff's reply thereto, it is ORDERED that the motion is DENIED.

Upon plaintiff's representation that he has decided to dismiss his claims against defendant Charlesretta Meade, it is ORDERED that plaintiff's complaint is DISMISSED as against her.

Upon consideration of plaintiff's motion to substitute "Unknown Successor or Representative of Enrico Foglia" for defendant Enrico Foglia, which was unopposed by defendants, it is ORDERED that plaintiff has 30 days from the date of this Order in which to conduct further discovery solely for the purpose of determining the identity of Mr. Foglia's successor and that the motion is DENIED without prejudice to its renewal upon completion of such discovery so that plaintiff may identify for the Court a proper party for substitution.

It is FURTHER ORDERED that the parties shall agree upon new deadlines for dispositive motions and shall submit same to the Court on or before July 31, 2012. If the parties believe a settlement conference would be productive they should contact my chambers (215–597–2750) promptly.

                                                        _s/Thomas N. O'Neill, Jr._
                                                        THOMAS N. O'NEILL, JR., J.