IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LUCIANI | : | CIVIL ACTION |
| | : | NO. 10-2918 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |

## ORDER

AND NOW, this 1st day of October, 2013, upon consideration of the motion for summary judgment by defendants the City of Philadelphia and Dennis R. Curcio and Robert Foglia, Co-Administrators of the Estate of Enrico Foglia, Deceased (Dkt. No. 39) and plaintiff James Luciani's response in opposition thereto (Dkt. No. 42), it is ORDERED that defendants' motion is GRANTED.  JUDGMENT IS ENTERED in favor of defendants the City of Philadelphia and Dennis R. Curcio and Robert Foglia, Co-Administrators of the Estate of Enrico Foglia, Deceased and against plaintiff James Luciani.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.